IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| EMMETT W. CALDWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:08CV628 |
| | ) | |
| FEDERAL BUREAU OF | ) | |
| INVESTIGATION, JUSTICE | ) | |
| DEPARTMENT and DRUG | ) | |
| ENFORCEMENT AGENCY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge [Doc. # 3] was filed with the court in accordance with 28 U.S.C. § 636(b) and, on November 18, 2008, was served on the parties in this action. On November 26, 2008, Plaintiff filed a premature notice of appeal [Doc. # 5] that the court will treat as an objection to the Recommendation.

The court has now reviewed the portions of the Magistrate Judge's Recommendation to which objection was made and has made a de novo determination that is in accord with the Recommendation. The court therefore adopts the Magistrate Judge's Recommendation in full.

**IT IS THEREFORE ORDERED** that Plaintiff's *in forma pauperis* status be **GRANTED** and that Plaintiff's complaint [Doc. # 2] be **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B). **IT IS FURTHER ORDERED** that Plaintiff's

supplement to complaint [Doc. # 6] be **DENIED** for lack of good cause.  A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 19th day of July, 2010

                                        /s/     N. Carlton Tilley, Jr.
                                      Senior United States District Judge